Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

NORTHERN DISTRICT OF TEXAS
FILED

JUL 30 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

_____ Division

4-26CV-938-P

| | |
|---|---|
| Traci Bayliff | ) Case No. |
| | ) |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| South FW Enterprise LLC | ) |
| Mihir Patel (Owner) | ) |
| Matthew Harmon (General Manager) | ) |
| William (Unknown) Housekeeping Supervisor | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name   Traci Bayliff

Street Address   316 Neil Ave

City and County   Fort Worth

State and Zip Code   Texas 76140

Telephone Number   817/349-5825

E-mail Address   t_bayliff@yahoo.com

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

ev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 1

Name *Mihir Patel*

Job or Title *(if known)* OWNER

Street Address 702 PADDOCK WAY

City and County GRAND PRAIRIE

State and Zip Code TEXAS, 75050

Telephone Number (214) 518-6776

E-mail Address *(if known)*

Defendant No. 2

Name MATTHEW HARMON

Job or Title *(if known)* GENERAL MANAGER

Street Address 702 PADDOCK WAY

City and County GRAND PRAIRIE

State and Zip Code TEXAS 75050

Telephone Number (214) 518-6776

E-mail Address *(if known)*

Defendant No. 3

Name WILLIAM

Job or Title *(if known)* HOUSE KEEPING SUPERVISOR

Street Address 702 PADDOCK WAY

City and County GRAND PRAIRIE

State and Zip Code TEXAS 75050

Telephone Number (214) 518-6776

E-mail Address *(if known)*

Defendant No. 4

Name NXA South FW Enterprise LLC

Job or Title *(if known)*

Street Address 702 PADDOCK WAY

City and County GRAND PRAIRIE

State and Zip Code TEXAS 75050

Telephone Number (214) 518-6776

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

b.    If the defendant is a corporation

The defendant, *(name)*                                          , is incorporated under

the laws of the State of *(name)*                                , and has its

principal place of business in the State of *(name)*                              .

Or is incorporated under the laws of *(foreign nation)*                            ,

and has its principal place of business in *(name)*                              .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have attached the statement that I gave to the EEOC. It has all dates, incidents of all 3 named Defendants. Its very Accurate.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Lost Wages During my Employment with this Company My Pay was told one thing, but Cut $2.25, Not making Promised Direct Deposits. Caused Late Payments that spiraled out of Control.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/29/26

Signature of Plaintiff    *Traci Bayliff*
Printed Name of Plaintiff    *Traci Bayliff*

### B.    For Attorneys

Date of signing: 7/30/26

Signature of Attorney    *Traci Bayliff*
Printed Name of Attorney    *Traci Bayliff*
Bar Number
Name of Law Firm
Street Address    *316 Neil Ave*
State and Zip Code    *Ft. Worth, Tx 76140*
Telephone Number    *(817) 349-5829*
E-mail Address    *t_bayliff@yahoo.com*

Dallas District Office
Received 8/13/2024

#2

January 16, 2024


Complaint concerning Matthew Harmon - Mihir Patel South Fort Worth Enterprise LLC

702 Paddock Way Grand Prairie, Texas 75050


Complaint - Harassment, Bullying, Defamation of character, abusing his title, creating a hostile and toxic work environment, and gender discrimination.


To whom it may concern,

Mihir Patel, South Fort Worth Enterprise LLC took over ownership on October 17th, 2023. On Saturday, October 21st, 2023, Mihir Patel introduced Matthew Harmon as the new General Manager of the hotel (Comfort Suites). They held a meeting to go over what the new company expected etc. Mihir Patel also told everyone at the meeting that there will be no change in our pay, except that everyone would be getting a 25-cent raise. We were all given a paper to fill out after the meeting asking what our current pay was, and I entered my salary which was $20.00 an hour. Mihir Patel also told the group that our checks would be direct deposited starting with our 2nd check, which would have been November 10th, 2023. As of the day I resigned, January 2nd, 2024, our checks still have not been direct deposited. I made a set of keys for Matthew Harmon as the manager, and I then carried on with my work for the day.

On Monday, October 24th, 2023, I gave Matthew a list of items that were needed. I did stress to him that the main thing that I really needed was a/c filters because I have needed those for the last two months. I explained to him the need to have clean filters and that it is not good for compressors, and it can eventually ruin the units. I also explained that the filters must be ordered online because Home Depot doesn't sell them. I also explained to him about the projects that I had started but not finished because I ran out of materials. Examples include caulk because I consume a lot for caulking tubs and around the toilets, clear

Dallas District Office EEOC
Received 8/13/2024

corner guards, and wood trim around the PTAC units. I needed more room paint not only for touch ups, but for wall dividers that we were instructed to paint at our last QA inspection. I also informed Matthew that our next QA inspection was coming up soon. I made sure that he was aware that I went through a lot of lightbulbs and that I was out of stock. I went on my vacation October 26th, 2023, and returned to work on November 6th, 2023.

On October 31st, 2023, my check was put in the cash drawer because I was out of town on vacation. When I returned to work on Monday, November 6th, 2023, I received my check and noticed many hours were missing and my pay rate dropped to $18.00 an hour from the $20.25 that I was promised at the October 21st,2023 meeting. I talked to Matthew about it, and I was told that he would talk to Mihir Patel about it.

On November 7th, 2023, Matthew went to Home Depot, and he texted me concerning my needs. Upon his return, he gave me a two-day supply of caulk, 3 cam lights, and 1 gallon of paint. I asked him why he didn't buy more, and he told me that he got what he could and that he did send the list to Mihir.

On November 8th, 2023, I spoke to Matthew about my concerns about William not knowing anything about engineering and I was having to go back after him to make the correct repairs. I also informed him that William was extremely rude and had lied to me about the 2 key covers that were missing from the back-office door and the exterior side door.

I knew this because asked the Front Desk Agents and they told me that William was the only one that messed with the back-office lock.

I instructed all the housekeepers not to use the light/exhaust fan above the toilets and leave running until the room is inspected because it's not good to leave them running for hours, as they will start going out. All the housekeepers told me that William said to leave them all on, even though I had talked to William about this issue the day that we walked the property.

After speaking with Matthew, he informed me that William won't be at our hotel much longer and that as far as the exhaust fans are concerned, he said that he didn't care, because the hotel is over 10 years old, and they should be expected to go out anyway. I then told Matthew that my job is to prevent things

Dallas District Office EEOC
Received 8/13/2024

like that from happening because it will cost the owner a lot of money to replace them.

On November 10th, 2023, the checks were not directly deposited as promised. I showed Matthew a copy of my check stub from the previous owner, and it clearly shows $20.00 an hour, and even suggested that he call the previous owner to verify my pay and that I was salary. I told Matthew that I had texted Mihir Patel on November 8th, 2023, and asked him about it, but that he never responded back to me. I asked Matthew if he would please call Mihir Patel and ask him if he had intentions of correcting this issue because my account had been overdrawn because of this and I had bills to pay. Matthew told me that I wasn't the only one with issues with my check and said that he would contact Mihir. Later that day, Matthew informed me that I was no longer a salaried employee, and I asked him if he remembered the meeting when Mihir Patel said it loud and clear that nothing is changing with pay except a 25 cent pay raise. Matthew looked at me and said (with a sarcastic smile on his face) "You are not salary pay".

November 13th, 2023, to follow protocol set forth by Brand Standard, the Engineering Department is required to PM each room 4 times a year regardless of who owns or manages the hotel. Brisa put 2 rooms out of service for me so I could perform Preventative Maintenance (PM) on them. However, William instructed the housekeepers to clean those rooms knowing that I needed to PM them, as they were out of service, and he did nothing.

November 24th, 2023, paycheck still not direct deposited and my rate still is $18.00 an hour and not the $20.25 an hour. I ask Matthew why he hasn't taken care of this and reminded him that he was at that meeting. He told me that he would talk to Mihir. Two hours later, I went to Matthew's office and asked him if Mihir was going to correct the issue with the paychecks. He got angry and sarcastically told me that "he was sick and tired of me asking him about my pay rate".

December 6th, 2023, Matthew, the Manager called me and asked me if I could tighten the door lock to room #118, and I replied that I would. Matthew was told about this lock from William, and it has been an ongoing issue that when William sees something wrong in a room, he will tell Matthew that I'm not doing my job because something that needs attention was not repaired. However, for each instance, it concerned something that I knew nothing about because William

Dallas District Office EEOC
Received 8/13/2024

refuses to issue work orders. When I went to the room to repair the lock, the bit used to repair the door and the probe were both missing. I contacted David to ask the whereabouts of these items, and he stated that William was asking where these were kept the previous night so he could program a lock, which was verified by Danyale. I informed Matthew about the missing tool and probe card and that William used them the previous night. Matthew asked me why there were not bits in the shop, and I told him that there never were hand tools because I use my own. He then informed me that he was my boss and that he is giving me an order to fix the lock before I leave. I then handed him my tool with the wrong bit in it and told Matthew that he could get William to do it since he changed the bit, taking mine, as well as having the probe and not putting it back where it belonged. I also told Matthew that had William fixed the door lock the previous night, that this problem would not exist.

December 8th, 2023, paycheck not direct deposited and my pay rate is $18.00 an hour and not $20.25 an hour. I asked Matthew why Mihir and him keep giving me the run around about not paying me correctly. He told me that I'm not going to be paid $20.25 an hour because I don't work two Hotels. I asked him why it took two months to tell me this, and what did two hotels have to do with it. He told me that I had previously worked for two hotels. I told him that I work hard for 8 hours a day, and that what matters is that I am dependable.

December 11th, 2023, Brisa, the Front Desk Agent informed me that on Sunday, December 10th, that room #319 had a leak in the bathroom. She informed me that William told her that he had taken care of it. Shortly after that conversation, David called me to tell me that when he was stripping all the linen out of Room #119, and he noticed water dripping steadily from the light/exhaust fan in the bathroom. He said that he went to Room #219 and saw that the housekeeper had a lot of water poured on the bathroom floor. I alerted Matthew of this problem weeks before, and spoke with Rosario, the Housekeeping Manager prior to William. Rosario stated the housekeeping crew was instructed by William to perform this task while cleaning the bathrooms.

December 29th, 2023, Brisa gave me a work order that the heater did not work in Room #217. I asked if the room was vacant, and she said yes and that repairing it after lunch was fine. I went to get her, and I lunch, and upon returning I gave Brisa her lunch and went straight to Room #217 to see about the heater. I turned the heater on and went to eat lunch in the shop. Once I finished, I walked

Dallas District Office    Received 8/13/2024

down to Room #217 and the heater did not kick on. I made the repairs in 10 minutes, and I went down to the front desk to tell Brisa that the heater was fixed. On my way, I passed Matthew and William on the first floor and William was telling Matthew about something he had to repair. As I was trying to catch up with Matthew to let him know that it had been repaired. I saw Matthew going into Room #217 from the other end of the hallway.

Matthew started talking very loudly asking me why the heater in Room #217 wasn't fixed. I told him that it was fixed and that I had just received the work order about 30 minutes ago, and he went into the room to see if I really fixed it. He acted kind of disappointed that I had fixed it already. He followed me out of the room and in the hallway, he started yelling at me and told me in a loud tone that guests could hear if they were in their rooms. He asked, "What have you been doing the last 7 hours"? I told him the numerous things I had done and that I wasn't here at 5:15 in the morning, so it had not been 7 hours. He said "You've had 7 hours to fix #217 and #326 heaters! I told him that I had just got a work order from Brisa about 11:30 saying that the guest reported the heater to her when the guest checked out.

I also told Matthew I did not know that something was wrong with the heater in Room #326. He continued yelling at me and kept saying "I don't want to hear excuses"! He kept saying that all I was telling him is excuses and that's all! About 30 minutes after Matthew yelled at me, calling me a liar in the hallway, he texted me and wanted to meet me in my shop/office. He apologized for raising his voice at me. He told me that William wasn't going to be here at this property much longer. He also told me that William and I had to learn to get along and that it wasn't going to be William. He then hands me a piece of paper of duties that I now need to do. He said PM's are the last on the list. I told him that cleaning carpets was the Houseman's job and reminded him that I'm the only Engineer here and I have a workload. He said "NO, because doing nothing but painting is all that you are doing" and didn't apologize for calling me a liar.

As I was making the repairs to the Heater in Room #326, I remembered that I never received a work order for this room, and I did not see it in the out of service room report, so I texted Danyale about that room because she worked the night before. As I thought, she did confirm with me that William was called on this the night before. Yet, he told Matthew that I didn't fix it!

Dallas District Office EEOC
Received 8/13/2024

On Monday, January 1st, 2023, Brisa texted me to ask me if I needed her to put rooms out of service so I could PM the room. She also told me that William told her no because his housekeepers had to clean those rooms. She told me that she told him that it was my job. When I got to work, I told William that I was putting 2 rooms out to PM. I had a work order from Brisa for Room #119 because the guest told her that water dripped on her head while she was in bed on Sunday. Brisa asked William about it, and he told Brisa that Traci needed to repair it. I didn't see any signs of holes or stains on the ceiling above both beds that are in the room. No signs about the pullout sleeper either and no signs on the bed. The room was also clean. I took pictures because for some reason, I felt like I was being set up again. I let Brisa know that I didn't see any signs of a leak.

I then took the PM cart to Room #417 so I could PM the room because there were no work orders for me to complete. When I arrived at the room, there was a housekeeper cleaning the room and I noticed that there was water all over the bathroom floor and I immediately took a couple of pictures. I asked the housekeeper who told her to clean that room and she said William. I went down to the Front Desk to see what had happened because the housekeeper was in the room cleaning it. Brisa called Esperanza about it because she saw Esperanza mark it off the girls list. Esperanza told Brisa that William made her put it back on the list and clean it right away. Having to constantly fight to perform my job created a very toxic and hostile work environment. I texted Matthew and apologized for bothering him on his day off. I told him everything that had happened, as well as me putting Room #119 back in service because I didn't see any signs of a leak above either bed. I also told him that I was going home, because I didn't want to work in a hostile environment, and he did not respond.

On January 2nd, 2023, while preparing for my day, I noticed that the tv and several lamps did not work in the lobby. I tested the plugs and there was no power, so I went to check the breaker. could not find any breakers that were tripped. I went to my car to get the tools that I needed to start pulling each plug until I found the problem. The first plug that I took the cover off, I immediately saw the problem and took a picture of it and put the power wire back on the plug, which was without a doubt intentionally removed from the plug. After fixing that problem, I did a walk around to check the lights to make sure they were all working.

Dallas District Office EEOC
Received 8/13/2024

I got my cart to go PM the rooms that I told Esperanza that I was going to PM. I texted Matthew to ask him if he put those rooms out of service once Jessica told him that we couldn't. Matthew texted me back telling me "No. As I told you, PM's are bottom of my priority". He stated that "#119 has a leak and #319 is leaking as well. You need to fix the issue" I went down to Matthew's office and told him that I had texted him yesterday and told him that there are no signs of a leak above the beds in room #119. I then asked him what was wrong with #319 because I have no work order for that room, and no one has told me anything. He then said" Go figure out the problem in Room #319 and fix it, that will fix the leak in room #119.

I went to Room #119 just to make sure it wasn't leaking above the beds. No sign at all. I went up to room #319 as demanded by Matthew to find the problem. I flushed the toilet about 10 times, then went down to room #119 to see if water was dripping above the beds. No water, so I went back to#319 to turn the shower on. As I was coming out of room #319 to go down to #119 to see if water was dripping from the shower, Matthew was coming into room # 319 and he said "Come with me" I followed him to room #219. When we got in the room, he walked in the bathroom and pointed up to the ceiling just above the door and there was mold on the ceiling. I looked at it and asked Matthew why wasn't I informed of this? I reminded him that William was the Housekeeping Supervisor that walks and checks rooms daily, so why didn't he make a work order for this issue? Matthew did not respond.

I then reminded Matthew that I don't walk the rooms every day, and that it's sad that William can report an issue like this and put blame on me when I knew nothing about it. I also told him that what makes it even more sad is that you agree with him. I walked out of the room and went back up to room #319 to turn the shower off. Matthew followed me and, on the way there, he continued to tell me that to find a leak somewhere you must work your way up and I should know this. I did not respond to his allegations as he continued to talk down to me. We got back in room #316 and he stood beside the toilet, and he reached in front of me to turn the shower off. As he was doing that, he made the comment that that was not even close to being the problem. He then said, as he was viciously pointed inside the toilet "What is that? Do you not see that"? I calmly said "yes, what about it"? I told him that it was scratched from an auger.

Dallas District Office EEOC
Received 8/13/2024

He started yelling at me saying "There's the problem right there!"! I looked again at the scratch with water still in the toilet and then looked behind the toilet and told him that he and William were wrong because that is not leaking. I also told him that there is not a leak above the beds in room #119. As I turned to walk out the door to go to my shop, Matthew followed me down the stairwell, still yelling and telling me that the leak wasn't above the bed, it was in the bathroom. I told him that is not what the guest told Brisa, as I read the work order.

I stopped on the landing on the stairs because I was about to tell him to stop yelling at me as if I was a five-year-old child. IHe then told me that I could either replace the toilet or I knew where the door was. So, I told him OKAY, whatever you want, and I went to my car to get what tools that I needed to pull the toilet off so Matthew could be shown that there was no leak from the toilet as William said. I went to room #319 and pulled the toilet, put a new wax ring on, as well as the bolts. I set a new toilet bowl on and I did not bolt it down, set, or caulk it. I did not put the tank back on. I put the toilet on the dolly and took it downstairs to the storage closet. I went back to room #319 to get the PM cart and took the cart to the shop and loaded up my personal belongings onto the cart. I took the cart down to the storage closet. I took my personal belongings to my car. I then went back to the storage closet to take the toilet off the dolly and lay it sideways on the floor to take pictures. There is no hole in the toilet. I went to clock out, put my keys on the cart and went to my car to text Matthew, as he had already gone to lunch. I let him know that I was leaving this Company because I cannot work in a hostile work environment any longer.

I resigned on January 2nd, 2024, because I was threatened and had been working in a hostile and discriminatory environment, as well as defamation of character and sabotaging my work. I do have copies of text messages and pictures to support this complaint.

On January 4th, 2024, I took some tools to David to return to the hotel. David told me that William had called him to put the toilet back together in room #319.

On January 8th, 2024, I went to pick up my paycheck and noticed that it was short for the 1st and 2nd. He replied that I wasn't going to get it until the next pay period because I quit during this pay period, so I will get paid on January 22, 2024.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/04/2026

**To:** Traci L. Bayliff
316 Neill Avenue
FORT WORTH, TX 76140
Charge No: 450-2024-03538

EEOC Representative and email:    BILLIE CASHAW
EEO INVESTIGATOR
BILLIE.CASHAW@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2024-03538.

On behalf of the Commission,

Digitally Signed By: Billie Cashaw
05/04/2026
For Travis Nicholson
District Director

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Dallas District Office**

207 S. Houston Street, 3rd Floor
Dallas, TX 75202
Phone: (972) 918-3580
Fax: (214) 253-2720
TTY: (512) 974-2445
ASL Video Phone: (844) 234-5122

April 21, 2026

Traci L. Bayliff
Via Public Portal

RE:     EEOC Charge No: 450-2024-03538
         Traci L. Bayliff v. SOUTH FW ENTERPRISE LLC (MIHIR PATEL)

Dear Traci L. Bayliff:

We are providing you with this correspondence to update you on the status of the investigation in the charge captioned above on file with the EEOC under:

Title VII of the Civil Rights Act of 1964 (Title VII)

The Respondent submitted a Position Statement, which you were provided access to via the EEOC Public Portal. As a reminder, by receiving these documents before you have filed a lawsuit based upon your charge, you agree that you will only share them with persons in a privileged relationship, such as a spouse, clergy, or medical, financial, or legal advisor. The Respondent contends:

Charging Party was informed about the pay decrease once new ownership occurred. Charging Party resigned her position without notice. Charging Party was not productive and encouraged other employees not to complete jobs tasks.

The EEOC reviewed all the information and evidence submitted in the investigation. Based on the evidence the EEOC has made a preliminary determination to close and dismiss the charge. This preliminary determination is based on our assessment that further investigation is not likely to lead to a finding that it is more likely than not that there was/were violation(s) of the statutes enforced by EEOC. This determination is based on:

Charging Party belongs to a protected class. Charging Party was not paid less than others similarly situated but not of Charging Party's class. Charging Party was not subjected to objectionable or offensive treatment by co-workers having the affect of embarrassing, ridiculing, tormenting, bothering or coercing Charging Party because of Charging Party's class. Charging Party did not make Respondent aware of the harassment or Respondent's management should have known through reasonable observation.

If you have additional evidence to offer in support of your allegations, you should submit it in writing. Please submit any additional information or evidence that you believe is relevant to the investigation **within ten (10) days from the date of this letter.**

**The preferred method for you to submit any information or evidence you would like to submit is via the EEOC Portal.**

If you are unable to access the Public Portal you may send the information and evidence to our office at 207 S. Houston 3rd Floor, St, Dallas, TX 75202 to the attention of BILLIE CASHAW. Alternatively, you may email the information to me at BILLIE.CASHAW@EEOC.GOV.

The EEOC will consider any information you submit to determine whether the information is relevant and supports your allegations. If your charge is dismissed, the dismissal notice issued to you will explain that while we are not certifying that the employer is in compliance with the laws we enforce, our investigation has revealed insufficient evidence to warrant further processing of the charge. The dismissal notice will describe your right to pursue the matter by filing a lawsuit in federal court within 90 days of your receipt of the notice. If you do not file suit within 90 days you may forfeit your right to sue and this time cannot be waived, tolled, extended, or restored by EEOC.

We hope this information is helpful to you.

Sincerely,

*Billie J. Cashaw*

BILLIE CASHAW
EEO INVESTIGATOR

Case 4:26-cv-00938-P-BJ   Document 1   Filed 07/30/26   Page 17 of 25   PageID 17

9:39   N  5GUC  92%

← **Earnings Details**  ⋮

7, 2026          **Fri, Jul 24, 2026**

Current  Jul 13, 2026 - Jul 19, 2026

| | Amount |
|---|---|
| **Earnings** | **$917.70** ↓ |
| Regular | $917.70 ↓ |
| Overtime 1.5 | $0.00 |
| Sick | $0.00 |
| Holiday | $0.00 |
| Vacation H | $0.00 |
| Quarterly Bonus | $0.00 |
| **On-Demand Previous Year | $0.00 |

Case 4:26-cv-00938-P-BJ    Document 1    Filed 07/30/26    Page 18 of 25    PageID 18

9:39    5GUC    92%

← **Earnings Details**    ⋮

7, 2026    **Fri, Jul 24, 2026**

| | |
|---|---|
| OT 0.5 Memo | $0.00 |
| **Pre-Tax Deductions** | **$32.18** |
| Medical Pre-Tax | $28.22 |
| Dental Pre-tax | $2.57 |
| Vision Pre-Tax | $1.39 |
| **Taxes** | **$132.06** |
| Fed W/H | $64.32 |
| FICA EE | $54.90 |
| Fed MWT EE | $12.84 |

Case 4:26-cv-00938-P-BJ    Document 1    Filed 07/30/26    Page 19 of 25    PageID 19

9:39           N 5GUC 92%

← **Earnings Details**

7, 2026     **Fri, Jul 24, 2026**

Vision Pre-Tax     $1.37

**Taxes**     **$132.06**

Fed W/H     $64.32

FICA EE     $54.90

Fed MWT EE     $12.84

**Post-Tax Deductions**     **$14.20**

AD&D Post-tax     $0.00

Hospital Indemnity Post-Tax     $5.08

Accident Post-Tax     $2.52

**Memo Information**                        **$159.71**

Medical ER Premium                        $153.86

Dental - ER Premium                        $2.10

STD - ER PREMIUM                          $1.96

Vision - ER Premium                        $0.46

Add - ER Premium                          $1.33

**Post-Tax Deductions**                    $14.20

AD&D Post-tax                               $0.00

Hospital Indemnity Post-Tax                 $5.08

Accident Post-Tax                           $2.52

Critical Illness Post                       $6.60

Voluntary LTD                               $0.00

Critical Illness Post                                      $6.60

Voluntary LTD                                             $0.00

|  | Amount |
|---|---|
| **Net Pay** | **$739.26** |
| On-Demand Pay - 7/19/2026 | $350.00 |
| Direct Deposit | $389.26 ↓ |

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal. You should keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 450-2024-03538 to the District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 450-2024-03538 to the District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

**Cc:**
Sanket Talsania
South FW Enterprise LLC
1007 Avalon Ct
Allen, TX 75013

Mihir Talsania
712 BASILICA LN
Mckinney, TX 75071

Betty  Taylor
csgpgm@gmail.com


Please retain this Notice for your records.